[Docket No. 5]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| JASON COLE,<br><br>　　Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>　　Defendant. | Civil No. 11-4174 (RMB)<br><br>**ORDER** |

　　THIS MATTER coming before the Court upon Plaintiff's Motion to Remand for lack of subject matter jurisdiction; and the Court having considered the papers; and the Court having issued an Opinion on the motion;

　　IT IS HEREBY **ORDERED** that Plaintiff's Motion is GRANTED and this matter is REMANDED, for lack of subject matter jurisdiction, to the Superior Court of New Jersey, Law Division, Camden County.

　　　　　　　　　　　　　　　　　　s/Renée Marie Bumb
　　　　　　　　　　　　　　　　　　RENÉE MARIE BUMB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: March 2, 2011